# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM REIDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME CARE PRODUCTS, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.: 8:17-cv-00026-JLS-DFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: January 8, 2017 |

The Court, having considered the Joint Stipulation for Dismissal of Entire Action With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties herein, finds that this action is dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

Dated: May 08, 2017

_____
The Honorable Josephine L. Staton
United States District Judge